UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:23-cv-05571-CAS (JCx) | Date | July 21, 2023 |
|---|---|---|---|
| Title | WM SUNSET AND VINE LLC V. FATMATA YILLA, ET AL. | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (IN CHAMBERS) MOTION TO REMAND (Dkt. 7, filed on July 18, 2023); AND *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME (Dkt. 8, filed on July 18, 2023)

On April 17, 2023, plaintiff WM Sunset and Vine LLC filed this unlawful detainer action against defendant Fatmata Yilla in the Superior Court of California. Dkt. 1. On July 11, 2023, defendant removed the action to this Court. Id. Defendant asserts that this Court has jurisdiction on the basis of a federal question. Id. (citing 28 U.S.C. § 1441). Defendant filed a request to proceed in forma pauperis ("IFP request") with the notice of removal. Dkt. 3. In ruling on defendant's IFP request, this Court found that it lacks subject matter jurisdiction over the unlawful detainer action and ordered that the case be remanded to state court.

On July 18, 2023, plaintiff filed a motion to remand the action to state court. Dkt. 7. On that same day, plaintiff filed an *ex parte* application for an order that the motion to remand be heard before the noticed hearing date. Dkt. 8. In light of the Court's order on defendant's IFP request that the action be remanded, the Court **DENIES AS MOOT** plaintiff's motion to remand and *ex parte* application.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |